■ NOEL SMITH, Plaintiff, v MERRILL LYNCH & Co., INC., Defendant, and FITZGERALD & FITZGERALD, P.C., Defendant/Third-Party Plaintiff-Appellant, et al.; Defendant/Third-Party Plaintiff. LOCATOR SERVICES GROUP, LTD., et al., Third-Party Defendants, and COUNTY OF NASSAU, Third-Party Defendant-Respondent. [892 NYS2d 766]

In support of its motion for summary judgment dismissing the third-party complaint insofar as asserted against it by the appellant, the third-party defendant County of Nassau failed to make a prima facie showing of entitlement to judgment as a matter of law (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). Accordingly, its motion should have been denied regardless of the sufficiency of the papers submitted in opposition (*see Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853 [1985]). Fisher, J.P., Miller, Eng and Hall, JJ., concur.